# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,          Criminal No. 10-311(1) (DWF/JJK)

       Plaintiff.

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

Tony Van Bui,

       Defendant.

---

LeeAnn K. Bell, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Manvir K. Atwal, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 27, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [16]), is **DENIED.**

Dated: January 7, 2011        s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge